**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD CURRY**                                                     **PLAINTIFF**

**v.**                  **CASE NO. 5:16CV00308 BSM**

**GREG BOLIN, et al.**                                        **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 7] and objections filed by plaintiff Richard Curry [Doc. No. 14] have been reviewed. After reviewing the record, the partial recommended disposition is adopted. Accordingly, defendants Greg Bolin and Edward Adams are dismissed without prejudice. In addition, any *in forma pauperis* appeal taken from the order adopting the partial recommended disposition will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of December 2016.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE