IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD CURRY**                                                          **PLAINTIFF**

v.                              **CASE NO.  5:16CV00308 BSM**

**GREG BOLIN, et al.**                                                     **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 21] has been reviewed.  No objections have been filed.  After reviewing the record, the RD is adopted.

Accordingly, plaintiff Richard Curry's complaint [Doc. No. 1] is dismissed without prejudice.  *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE